# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re the Complaint and Petition of the United States of America in a Cause for Exoneration from or Limitation of Liability with Respect to DHS-CBP Vessel M382901 (M901) Re the Collision with an Unnamed Panga Vessel on or About June 18, 2015 | CASE No. 15cv2626-JM(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE DATE [ECF NO. 71]** |

Good cause appearing, IT IS ORDERED that the parties' joint motion to vacate the mandatory settlement conference is GRANTED. The settlement conference will be reset to a future date. **IT IS SO ORDERED.**

Dated: May 11, 2018

Hon. Ruben B. Brooks
United States Magistrate Judge